UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCGHEE TONY DUCLOS,<br><br>       Plaintiff,<br><br>v.<br><br>D. SMITH, S. SANTIAGO, AND M. DELIMA,<br><br>       Defendants. | Case No.  1:24-cv-00515-HBK (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE MCGHEE TONY DUCLOS, CDCR # F-55976 / A3-103<br><br>(Doc. No. 36) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2025, the Court issued a Writ of Habeas Corpus Ad Testificandum to produce Plaintiff McGhee Tony Duclos, CDCR # F-55976 / A3-103, for a settlement conference on April 28, 2025, at 10:00 a.m. before Magistrate Judge Christopher D. Baker. (Doc. No. 36). On April 18, 2025, Defendants filed a Notice of Settlement indicating that the parties have settled this matter. (*See* Doc. No. 37). Accordingly, the Court will discharge the Writ of Habeas Corpus Ad Testificandum because the scheduled settlement conference is no longer needed.

Accordingly, it is **ORDERED**:

1. The Writ of Habeas Corpus Ad Testificandum directing the production of inmate Plaintiff McGhee Tony Duclos CDCR # F-55976 / A3-103 issued on March 24, 2025

(Doc. No. 36) is DISCHARGED.

2. The Clerk's Office shall serve a courtesy copy of this order via fax on the Litigation Coordinator at Mule Creek State Prison at (209) 274-5018.

Dated:   April 22, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2